IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VERNON MOORE, | |
| Petitioner | |
| v. | 5:03-CV-387 (WDO) |
| | 5:01-CR-14 (WDO) |
| UNITED STATES OF AMERICA, | |
| Respondent | |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to deny the relief Petitioner requests in this habeas petition. Having carefully considered the Recommendation and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

SO ORDERED this 6th day of September, 2005.

WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE